**IN THE COURT OF APPEALS OF TENNESSEE**
**AT NASHVILLE**



**FILED**

**March 12, 1999**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

| | |
|---|---|
| SCOTT BALDWIN, J. L. SMITH, and<br>KEVIN T. BROWN, individually and<br>on behalf of a class of individuals<br>similarly situated,<br><br>     Plaintiffs/Appellants,<br><br>VS.<br><br>PIRELLI ARMSTRONG TIRE<br>CORPORATION, UNITED RUBBER,<br>CORK, LINOLEUM AND PLASTIC<br>WORKERS OF AMERICA, AND<br>URW LOCAL UNION 670,<br><br>    Defendants/Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Appeal No.<br>01-A-01-9804-CV-00195<br><br>Davidson Circuit<br>No. 95C-3232 |

## ORDER ON PETITIONS TO REHEAR

Pirelli and the Union defendants have filed petitions to rehear. We have decided that the petitions are without merit and should be denied.

It is, therefore, ordered that both petitions to rehear be denied.

_____
BEN H. CANTRELL, PRESIDING JUDGE, M.S.

_____
WILLIAM C. KOCH, JR., JUDGE_____

_____
WILLIAM B. CAIN, JUDGE